UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA ELIAS BOYD,<br><br>        Petitioner,<br><br>   v.<br><br>PATRICK GLEBE,<br><br>        Respondent. | CASE NO. 3:14-CV-6009 RBL-DWC<br><br>ORDER |

    Petitioner has filed a Motion for Extension of Time to File Traverse requesting a thirty (30) day extension to file his Traverse and requesting another copy of Respondent's Response. Dkt. 13. Respondent has not filed an objection to this Motion.

    The Court grants Petitioner's Motion. The Traverse will be due on or before May 15, 2015 and the Clerk's office is directed to send Petitioner a copy of Respondent's Response (Dkt. 11) and to re-note this matter as being ready for consideration on May 22, 2015.

    Dated this 15th day of April, 2015.

                                                      David W. Christel
                                                  United States Magistrate Judge

ORDER - 1