HONORABLE RONALD B. LEIGHTON

FILED
LODGED
RECEIVED

SEP 10 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA ELIAS BOYD,

                    Petitioner,

        v.

PATRICK GLEBE,

                    Respondent.

CASE NO. C14-6009 RBL

ORDER

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge David W. Christel. The Court has reviewed the record and Petitioner Boyd's objections to the Report.

    1.  The Report and Recommendation is ADOPTED.

    2.  Petitioner Boyd's federal Habeas Petition is denied with prejudice.

    3.  The Court will *not* issue a certificate of appealability.

    4.  The Court *will* continue Boyd's *in forma pauperis* status in the event he appeals this
        Order.

    >>

    >

5. The Clerk is directed to send copies of this Order to Plaintiff, Defendants' counsel, and to the Hon. David W. Christel.

IT IS SO ORDERED.

Dated this 10 day of September, 2015

Ronald B. Leighton
United States District Judge

ORDER - 2